ESTELLA C. CHURCH, Respondent, *v.* HARRY B. ORSLAND, Appellant.

(Submitted October 8, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 11, 1889, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*J. & Q. Van Voorhis* for appellant.

*C. J. Church* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.